The opinion of the Commission of Appeals answering the certified question is adopted and ordered certified.

### JANUARY v. STATE.
### No. 15560.

Court of Criminal Appeals of Texas.

Oct. 19, 1932.

Earl M. Greer, of Wills Point, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**HAWKINS, J.**

Conviction is for manufacturing intoxicating liquor; punishment being one year in the penitentiary.

No statement of facts or bills of exception are found in the record. The indictment appears regular on its face. In such condition nothing is presented for review.

The judgment is affirmed.